

FILED

SEP 21 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WENDALL NACAPUY,<br><br>    Defendant. | Case No. 1:96-cr-05181-LJO-5<br><br>ORDER EXONERATING CASH BOND |

The indictment having been dismissed for the above named defendant on August 23, 2005,

IT IS HEREBY ORDERED that the cash bond posted for WENDALL NACAPUY is exonerated and the Clerk of the Court is directed to return the $20,000.00 cash (Receipt #176207) to VIOLET C RABAYA at 2049 Century Park East # 1100, Los Angeles, CA 90067.

IT IS SO ORDERED.

Dated: Sept 21, 2015         _____
                             DISTRICT JUDGE LAWRENCE J. O'NEILL