

NOV 16 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**WENDALL NACAPUY,**<br>**Defendants.** | **Case No. 1:96-cr-05181-LJO-5**<br>**ORDER EXONERATING CASH BOND** |

The indictment having been dismissed for the above named defendant on August 23, 2005,

IT IS HEREBY ORDERED that the cash bond posted for WENDALL NACAPUY is exonerated and the Clerk of the Court is directed to return the $20,000.00 cash (Receipt #176207) to:

VIOLET C. RABAYA
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

IT IS SO ORDERED

Dated: Nov 14, 2015

U.S. District Judge Lawrence J. O'Neill